UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 16-2881

DAVID DANON,
Appellant

v.

VANGUARD GROUP, INC.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. Civil Action No. 2-15-cv-06864)
District Judge: Honorable C. Darnell Jones, II

Submitted under Third Circuit LAR 34.1(a)
on January 26, 2017

Before: CHAGARES, RESTREPO and ROTH, Circuit Judges

**JUDGMENT**

This case came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on January 26, 2017.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered May 24, 2016, be and the same is hereby **VACATED IN PART**. Costs taxed against Appellees.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron

Clerk

Dated: April 12, 2017